Case 3:25-mj-00006-LTW   Document 1   Filed 09/10/25   Page 1 of 4

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 10 2025

KEVIN P. WEIMER, Clerk

By: Jeff Redding
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Michael Anthony Cutler

**CRIMINAL COMPLAINT**

Case Number: 3:25-MJ-0006

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 4, 2025 in Haralson County, in the Northern District of Georgia, defendant(s) did, commit interstate communications of threats

in violation of Title 18, United States Code, Section 875(c).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Adoniss Gibson*
Signature of Complainant
Adoniss Gibson

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| September 10, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Noah R. Schechtman / noah.schechtman@usdoj.gov

*Linda T. Walker*
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Adoniss Gibson, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2019. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia. I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations. My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques. I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. I make this affidavit in support of a criminal complaint, authorizing the arrest of MICHAEL CUTLER, for violation of Title 18, United States Code, Section 875 (Interstate Communications of Threats).

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts in this

affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States … that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

5. The Federal Bureau of Investigation (the "Agency") received information from the Bremen, Georgia Police Department that a recently terminated employee of the Bremen Walmart made threats towards Walmart workers over the social media application Instagram, in a video posted on September 4, 2025. Investigation revealed that Instagram account @mikegotbanned33 posted the threats. Based on open-source databases Instagram account @mikegotbanned33 is attributed to ex-employee MICHAEL CUTLER.

6. I reviewed the posted video, and the following are excerpts of the 3 minute and 10 second video posted to Instagram:

As the video begins, CUTLER is seen taking a video-selfie of himself walking down an unidentified street. He then makes the following statements into the camera:

> **Threat #1** -"Go ahead and show this to Tony Santoz, when I get back home, I will be doing my final, FINAL crash-out and I will go to the Bremen Walmart and shoot Tony Santoz multiple times and then I'm gonna face fuck him... yeah Imma face fuck him and...
>
> **Threat #2** - Imma go shoot that fat bitch Emily too, yeah"
>
> **Threat #3**- "Imma go shoot that motherfucker Gabe Sheets and Cody (last name inaudible) cokehead ass, Brayden Archer too, and huh who else Logan Barrington wants to talk shit

about my dead dad"

**Threat #4**- Imma kill all, anybody who's got some shit to say to me. (MICHAEL CUTLER uses two fingers to resemble a gun, placed them under his chin and implies he would then turn the gun on himself while saying) Im going... Im fucking going... all my money going to my fucking family."

**Threat #5**- Blake Bridges and Logan Paige Imma find you and Imma slit your fucking throat, I don`t give a fuck what Sarah`s got to say...Sarah's a fucking bitch, a two-face bitch and fuck you... nigger ...hoe"

**Threat #6-** "if I don`t get a weapon before I go there, I don`t need a fucking weapon then I got my bare god-damn hands and I got knives...it`s going to be a gore brutal ass scene when I go there. I seen this in my head a year ago and that it`s going to happen, it`s going to.

7. CUTLER was positively identified by Walmart employees working at 404 US-27, Bremen, GA 30110, located in the Northern District of Georgia and where CUTLER was a previous employee before being terminated. The affiant verified the identity of CUTLER by comparing his Georgia driver's license photo to the individual in the video posted on Instagram account @mikegotbanned33.

## CONCLUSION

8. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that CUTLER has committed violations of Title 18, United States Code, Section 875(c) (Interstate Communication of Threats).